UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Jerome CoBB

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Ms. Tiffany Martinez - Jury Trial: ☐ Yes  ☑ No
Samaritan Village                              *(check one)*
Men's Shelter: eMployee.
Defendant's eMployers:
Samaritan Village Head-
quarters ~~ooooooooooooooooooooo~~
~~ooooooooooooooooooooo~~

RECEIVED
DEC 17 2014
PRO SE OFFICE

eMployers are partly at fault for Ms. Martinez
*(In the space above enter the full name(s) of the defendant(s). If you* unprofessional condu
*cannot fit the names of all of the defendants in the space provided,* conduct that could
*please write "see attached" in the space above and attach an* have cost me My life
*additional sheet of paper with the full list of names. The names* in violation of My
*listed in the above caption must be identical to those contained in* rights ] as a human
*Part I. Addresses should not be included here.)* and United States
                                                  citizen.

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your
      identification number and the name and address of your current place of confinement.  Do the same
      for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name Kenneth Jerome CoBB.
             Street Address 20, West 115 th Street. APT# 10-A
             County, City Manhattan, New York
             State & Zip Code New York, 10026
             Telephone Number 646 - 612 - 3750

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a
      government agency, an organization, a corporation, or an individual.  Include the address where
      each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
      contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name Ms. Tiffany Martinez
                   Street Address 988, Myrtle Ave.

*Rev. 05/2010*

County, City Kings, New York City

State & Zip Code New York, 11206

Telephone Number 718 - 919 - 1381

**Defendant No. 2**

Name Samaritan Village Men's shelter,

Street Address 138-02, Queens Blvd : Headquarters

County, City Queens County, 11435.

State & Zip Code New York, 11435.

Telephone Number 718 - 206 - 2000,

**Defendant No. 3**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? I, Kenneth Jerome Cobb, am absoluty Certain that I was poisoned by defendant cited in this law suit.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Samaritan Village Men's shelter, 988, Myrtle Ave. BK'lyn, N.Y. 11206.

B.    What date and approximate time did the events giving rise to your claim(s) occur? At approximately 6:30, P.M. on August-8th 2014. 4 to 12, shift.

C.    Facts: Is is a fact that I on August-8th-2014, at approximately 6:30, AM while I was sitting in Samaritan Village Men's shelter access area which is a location in this facility where clients await to be place in a bed of shelter, in a dormitory; while in access area clients are brought a tray of food and usually a cup of juice. On same 4 to 12 shift at approximately 6:30, P.M I was given a tray of food brought to me by shift supervisor Ms. Tiffany Martinez; After I consumed tray of food which consisted of baked chicken and rice, and orange juice in a plastic cup, I a few hours later became extremely ill; I vomited at least 7, times, once in my pillow case. The other times within minutes I struggled

3, additional pages attached

> What happened to you?
>
> Who did what?
>
> Was anyone else involved?
>
> Who else saw what happened?

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of being evidently poisoned I for approximately 2 days I felt extremely ill. I was forced as a result of severe head-head, chest pains, struggling to walk vomiting, diarrihea, did on the 10th day of August-2014 at 10:30 A.M. went to Woodhull Hospital, located in Brooklyn, N.Y. two blocks from shelter. I clearly explained to emergency room personnel just what I experienced after consumming food at shelter. Urine I provided in a cup but P.A. refused to draw blood. Hospital file en-closed.

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. As a result of the intense pain and suffering I experienced I believe I should be compensated Five Millions Dollars, for my life was in jeopardy something that can be proven. end.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16 day of December 20 14

Signature of Plaintiff   *Kennith Cobb*

Mailing Address   20, West 115 th street APT # 10 - A Manhattan, N.Y. 10026.

Telephone Number   646 - 612 - 3750

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number   _____

*Rev. 05/2010*

1 of 3

to get to the restroom experiencing a bad case of diarrhea each time I struggled to bathroom located on the 4th floor of this shelter, which is the same floor my bed was located on.

I also experienced severe headaches, and stumbled nearly every step in my attempts to reach restroom.

My chest was hurting, I was sweating heavely, feeling totally different from usual; yes I seriously felt as if I was about to die.

Understand I've been eating chicken and rice at same shelter several times prior to August-8th-2014, a meal which is always accompanied by juice and on rare occasions water, and I never experienced such intense pains.

I was forced to stay in bed of shelter for nearly 2 days; video surveillance can prove, be my witness to the state I was in. i.e. existing dormitory trying to make it to the restroom on same 4, th floor; yes still ill. On Sunday August - 10th 2014, at approximately 10:30, A.M. I did walk two blocks to woodhull hospital, informing emergency personnel of what had transpired after I consummed food and juice on 8-8-2014 During dinner time at Brminiton village shelter.

P-2

While I was at woodhull hospital I was asked to provide a cup of urine which I did - immediately; But physician assistance name Mr. Jean Baptiste Richard was extremely reluctant to draw my blood to see just what I was poisoned with. your honor I kept asking, but to no avail. I being frustrated decided to leave / Enclosed is document from woodhull hospital, proving I was there on August- 10th 2014, at approximately 10:30 A.M. Sir/Madam I was definately poisned by Samaritan Village Men's shelter supervisor Ms. Tiffany Martinez. the individual who personally served me a tray of food and a cup of orange juice on August-8th-2014, 6:30 P.M. 4 to 12, shift. Again video surveillance can prove all the is written in this suit.

Enclosed is also a copy of a police report I was forced to file at the 79th precint located at 263 Tompkins Ave, Bk'lyn, N.Y. 11216, for Harassment Against shelter staff. I currently have in my possession written complaint I filed with New York City's Homeless Agency: ~~Reference~~ Dept of Homeless- Services: located at 33, Beaver St. N.y. N.y. 10004. This complaint is what motivated defendants

P-3

unprofessional crime!
yes she thought that she could get
away with it. It is attempted murder.

Open for elaboration. end.

ex: 12-16-14. Kenneth Cobb

Kenneth Cobb

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 08-

Date: _05/24/14_

Welcome to _O79 Pct_    _263 Tompkins Ave Bklyn, N.Y. 11216_
    (Command)         (Address)                      (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: _____  Accident Report No.: _____  Aided Report No.: _____

Reported to: _P.O   Chow   27983_    Date of Occurrence: _05/24/14_   Time: _1830_
    (Rank)   (Name)     (Shield No.)

Location of Occurrence: _I/c/o  988 Myrtle Ave_

Crime: _Harassment_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _(718) 636-6631_ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

Wed, 20 Aug 14   1507
                                                        Page   1 of 2

Woodhull Medical and Mental Health CenterWoodhull Medical and Mental Health Cent
                            Chart Review Print

Location          Patient Name                Patient Number   Visit Number   Age   Sex
DIS-Zol/Bd 5      Cobb,Kenneth    J            532853          532853-85      54Y   M

                                              Attending Physician
                                              Hill,Adam Douglas

---------------------------------------------------------------------------------

Sun, 10Aug 1142 ED Disposition Note                      Status: complete
        ED Attending            : Adam Douglas Hill, MD
        Provider                : Jean-Baptiste Richard, PA
        Patient Complaint       : abdominal pain with vomiting and diarhea x
                                  yesterday
        ESI                     : 3
        Disposition             : Walked Out During Evaluation
        Disposition Date/Time   : Sun, 10 Aug 2014   1142
        Diagnosis               : Abdominal pain, other specified site;
                                  multiple sites
        Procedures              : (99285) Emergency dept visit
        Condition               : Stable
        Allergies Med           : No Known Allergies
        Allergies Other         : No Known Allergens
        Recall Required?        : yes
        Recall Reason           : follow up
                                    Jean-Baptiste Richard, PA
                                              (10 Aug 14  1142)